UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Steven F. Wolff

                      Plaintiff,

v.                                          Case No.: 1:16–cv–03348
                                                  Honorable Matthew F. Kennelly

Seedays (Illinois) LLC, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 10, 2016:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, the time for the 6/13/2016 status hearing is changed to 9:15 a.m. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.