# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Steven F. Wolff

                                    Plaintiff,

v.                                          Case No.: 1:16−cv−03348
                                            Honorable Matthew F. Kennelly

Seedays (Illinois) LLC, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 30, 2017:

 MINUTE entry before the Honorable Matthew F. Kennelly: Prove−up hearing held on 3/30/2017. Default judgment to be entered against both defendants jointly and severally in the amount of $92,241.74. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.