# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Steven F. Wolff,

Plaintiff(s),

v.

Seedays (Illinois) LLC and Dmitry Isaev, individually and in his capacities as an employer as defined under Illinois Law and FLSA,

Defendant(s).

Case No. 16 C 3348
Judge Matthew F. Kennelly

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgement entered against defendants Seedays (Illinois) LLC and Dmitry Isaev, individually and in his capacities as an employer as defined under Illinois Law and FLSA, jointly and severally in the amount of $92,241.74.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Matthew F. Kennelly.

Date: 3/30/2017                    Thomas G. Bruton, Clerk of Court

                                   Pamela J. Geringer, Deputy Clerk