**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Steven F. Wolff, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:16-cv-03348 |
| | ) | Honorable Matthew F. Kennelly |
| v. | ) | |
| | ) | |
| Seedays (Illinois) LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER GRANTING MOTION FOR TURNOVER**

THIS CAUSE coming to be heard by agreement of the parties, Plaintiff Steven F. Wolff, and Citation Respondents David L. Kane and Gregg Szilagyi, Chapter 7 trustee (the "Trustee") for the bankruptcy estate of *Garvey Court Holdings, LLC,* Case No 16-01697, pending before the U.S. Bankruptcy Court for the N.D. of Illinois (the "Bankruptcy Case"), on the Motion for Turnover [Dkt. No. 78]; the Court having entered judgment in favor of Steven F. Wolff and against Seedays (Illinois) LLC ("Seedays") in the amount of $92,241.74 (the "Judgment"), the full amount of which (plus additional court costs of $204.62 and statutory post-judgment interest), remains unpaid; the Trustee currently holding $171,268.57 on account of the proof of claim filed by Seedays in the Bankruptcy Case ["Claim No. 9"], and such funds being subject to the judicial lien imposed by the Court pursuant to the Modified Lien Order [Dkt. No. 70]; and the Court being fully advised in the premises;

**WHEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion for Turnover is GRANTED.

2. The Trustee is authorized and directed to distribute $100,000.00 to David L. Kane of Meltzer, Purtill & Stelle LLC ("MPS") in full satisfaction of the partial assignment of Claim No. 9 (as described in the Motion for Turnover).

3. The Trustee is authorized and directed to distribute $71,268.57 to Plaintiff Steven F. Wolff in partial satisfaction of the Judgment.

4. The attorney's lien of David L. Kane and MPS shall be subordinated by agreement until such time as the Judgment is paid in full.

5. The Modified Lien Order [Dkt. No. 70] shall remain in full force and effect until the Judgment is paid in full or the Bankruptcy Case is closed.

Dated: November 21, 2017

ENTER:

By: _____
             Judge